# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

CHAINALYSIS GOVERNMENT
SOLUTIONS, LLC

               Plaintiff,

   v.

UNITED STATES

               Defendant.

No. 26-1067

Judge Schwartz

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Sealed Exhibits to the Complaint in this case was served by email to the following party on the 27th day of July 2026:

Steve Gillingham
Assistant Director
United States Department of Justice
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
E-mail:  steve.gillingham@usdoj.gov

_____

Marques O. Peterson