# In the United States Court of Federal Claims

No. 26-1067C
(Filed: July 31, 2026)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHAINALYSIS GOVERNMENT SOLUTIONS, LLC, | \* |
| | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant, | \* |
| | \* |
| and | \* |
| | \* |
| TRM LABS, INC. | \* |
| | \* |
| Defendant-Intervenor. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

On July 30, 2026, the Court held an initial telephonic status conference and resolved the following matters.

On July 27, 2026, Plaintiff filed its motion for leave to file under seal Plaintiff's complaint. *See* Motion (ECF 3). The motion is hereby **GRANTED**.

On July 27, 2026, Plaintiff filed a motion for protective order. *See* Motion (ECF 9). The Court **GRANTS** the motion with the Court's modification. The Protective Order will be entered concurrently with this Order.

On July 30, 2026, the parties proposed a timeline for briefing cross-motions for judgment on the administrative record. The Court adopts the following schedule which shall govern the case:

| Event | Date |
|---|---|
| Administrative Record | July 31, 2026 |
| Plaintiff's motion for judgment on the administrative record (MJAR) | August 11, 2026 |
| Defendant's and Defendant-Intervenor's cross-MJARs and responses to Plaintiff's MJAR | August 21, 2026 |

| | |
|---|---|
| Plaintiff's response to Defendant's and Defendant-Intervenor's cross-MJARs and reply in support of its MJAR | August 26, 2026 |
| Defendant's and Defendant-Intervenor's replies in support of their cross-MJARs | August 31, 2026 |
| Joint Appendix | September 1, 2026 |
| Oral Argument | September 2, 2026 at 10:00 a.m. EDT in the National Courts Building, Washington, DC |

The government is **ORDERED** to include as part of its production of the Administrative Record a single document, in PDF format, containing the entire Administrative Record, including all tabs in numerical order.

The government has requested a decision by September 10, 2026.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge