# In the United States Court of Federal Claims

No. 26-1067C

(Filed: July 31, 2026)

```
**************************************
CHAINALYSIS GOVERNMENT          *
SOLUTIONS, LLC,                 *
                                *
              Plaintiff,        *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
              Defendant,        *
                                *
              and               *
                                *
TRM LABS, INC.                  *
                                *
       Defendant-Intervenor.    *
**************************************
```

## ORDER

The Court is in receipt of the applications for access to protected material filed by the Plaintiffs for Marques Peterson, J. Matthew Carter, Sarah M. Robitaille, and Timothy A. Wieroniey. *See* Applications, (ECFs 15–18). The Court is also in receipt of Defendant-Intervenor's applications for access to protected material for Jonathan M. Baker, Christian N. Curran, James G. Peyster, Issac D. Schabes, and Adina B. Nelson. *See* Applications, (ECFs 19–23). The applications are hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge