**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| CHAINALSYSIS GOVERNMENT SOLUTIONS, LLC, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 26-1067C |
| | ) | (Judge Schwartz) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRM LABS, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 31st day of July 2026, I caused to be served by email, a copy of defendant's "NOTICE OF FILE-SHARING OF THE ADMINISTRATIVE RECORD AND OF FILING THE ADMINISTRATIVE RECORD INDEX AND THE CONTRACTING OFFICER'S CERTIFICATION OF THE ADMINISTRATIVE RECORD," filed this same day, on counsel for the parties, as follows: marques.peterson@pillsburylaw.com, and jbaker@crowell.com.


<u>/s/ Steven J. Gillingham</u>
STEVEN J. GILLINGHAM