**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| CHAINALYSIS GOVERNMENT SOLUTIONS, LLC<br><br>Plaintiff,<br>v.<br><br>UNITED STATES<br><br>Defendant,<br><br>and<br><br>TRM LABS, INC.,<br><br>Defendant-Intervenor. | No. 26-1067<br><br>Judge Schwartz |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Sealed Complaint and the Exhibits to the Complaint in this case was served by email to the following party on this day, the 3rd day of August 2026:

Jonathan Baker
Crowell & Moring LLP
600 Fifth Street, N.W.
Washington, D.C. 20001
Email: jbaker@crowell.com

Marques O. Peterson