# In the United States Court of Federal Claims

No. 26-1067C

(Filed: August 10, 2026)

**************************************

CHAINALYSIS GOVERNMENT   *
SOLUTIONS, LLC,   *
  *
    Plaintiff,   *
  *
v.   *
  *
THE UNITED STATES,   *
  *
    Defendant,   *
  *
     and   *
  *
TRM LABS, INC.   *
  *
   Defendant-Intervenor.   *
  *

**************************************

## <u>ORDER</u>

The Court has reviewed Plaintiff's unopposed motion to supplement the administrative record. *See* Motion (ECF 28). The Court **GRANTS** the motion and, accordingly, requests that the Plaintiff file the supplemental administrative record on or before **August 12, 2026**.

    **IT IS SO ORDERED**.

           s/ Stephen S. Schwartz
           STEPHEN S. SCHWARTZ
           Judge