**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| CHAINALYSIS GOVERNMENT SOLUTIONS, LLC<br><br>Plaintiff,<br>v.<br><br>UNITED STATES<br><br>Defendant,<br><br>and<br><br>TRM LABS, INC.,<br><br>Defendant-Intervenor. | No. 26-1067<br><br>Judge Schwartz<br><br>**FILED UNDER SEAL** |

**NOTICE OF FILE SHARING OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD**

Pursuant to the Court's order, ECF No. 29, Plaintiff files the attached index of the contents of the supplemental administrative record and a certificate of service in accordance with RCFC 5.3 stating that the supplemental administrative record has been served on the parties.

Dated: August 12, 2026

Respectfully submitted,

Marques O. Peterson
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
202.663.8000
202.663.8007 (fax)
marques.peterson@pillsburylaw.com

*Attorney of Record for Chainalysis Government Solutions, LLC*

Of Counsel:
J. Matthew Carter
Sarah M. Robitaille
Timothy A. Wieroniey
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5406
(213) 488-7102
(213) 629-1033 (fax)
matt.carter@pillsburylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of August 2026, I caused to be served electronically via the Court's CM/ECF system a copy of Plaintiff's "NOTICE OF FILE SHARING OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD." The supplemental administrative record was shared via email to the following email addresses:

**For the United States Court of Federal Claims:**

Schwartz_chambers@cfc.uscourts.gov
CFC_file_share@cfc.uscourts.gov

**For the United States:**

Steve Gillingham
E-mail: steve.gillingham@usdoj.gov

**For TRM Labs, Inc.:**

Jonathan Baker
Email: jbaker@crowell.com

Marques O. Peterson