**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| CHAINALYSIS GOVERNMENT SOLUTIONS, LLC<br><br>Plaintiff,<br>v.<br><br>UNITED STATES<br><br>Defendant,<br><br>and<br><br>TRM LABS, INC.,<br><br>Defendant-Intervenor. | No. 26-1067<br><br>Judge Schwartz<br><br>**FILED UNDER SEAL** |

**INDEX TO THE SUPPLEMENTAL ADMINISTRATIVE RECORD**

| **Tab** | **Document Name/Description** | **Date** | **Page** |
|---|---|---|---|
| 41 | Signed Declaration of Elizabeth Bisbee | 7/11/2026 | 676 |