**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

CHAINALYSIS GOVERNMENT SOLUTIONS, LLC

Plaintiff,

v.

UNITED STATES

Defendant,

and

TRM LABS, INC.,

Defendant-Intervenor.

No. 26-1067

Judge Schwartz

**NOTICE OF APPEARANCE OF MATTHEW CARTER**

Pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims, J. Matthew Carter hereby enters his notice of appearance on behalf of Chainalysis Government Solutions, LLC.

Dated: August 10, 2026

Respectfully submitted,

J. Matthew Carter
Marques O. Peterson *(lead)*
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
213.488.7120
213.629.1033(fax)
Matt.carter@pillsburylaw.com

*Counsel for Chainalysis Government Solutions, LLC.*