# In the United States Court of Federal Claims

**No. 26-1067 C**
**Filed: September 10, 2026**

************************************
**CHAINALYSIS GOVERNMENT SOLUTIONS, LLC,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**TRM LABS, INC.,**
**Defendant-Intervenor.**
************************************

**CORRECTED**
**JUDGMENT**

Pursuant to the court's Order, filed September 10, 2026, denying plaintiff's motion for judgment on the administrative record and granting defendant and defendant-intervenor's cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor.

Lisa L. Reyes
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.